1  Kevin P. Roddy, CA State Bar No. 128283
   *kroddy@wilentz.com*
2  WILENTZ, GOLDMAN & SPITZER, P.A.
   90 Woodbridge Center Drive, Suite 900
3  Woodbridge, New Jersey 07095
   Tel:    (732) 855-6402
4

5  Shehnaz M. Bhujwala, CA State Bar No. 223484
   *bhujwala@boucher.la*
6  BOUCHER LLP
   21600 Oxnard Street, Suite 600
7  Woodland Hills, California 91367-4903
   Tel:    (818) 340-5400
8  Fax:    (818) 340-5401

9  *Attorneys for Plaintiff*

10

11  **UNITED STATES DISTRICT COURT**

12  **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

13

| 14 | MARK STARR, an individual, | Case No. 4:22-cv-02138-HSG |
|---|---|---|
| 15 | Plaintiffs, | **STIPULATION FOR ORDER CHANGING TIME TO EXTEND BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS CLAIMS; ORDER (as modified)** |
| 16 | v. | |
| 17 | MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP. a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, Inclusive, | |
| 18 | | **(Civil Local Rules 6-2, 7-12)** |
| 19 | | The Hon. Haywood S. Gilliam, Jr. |
| 20 | | Trial Date:           Not Set |
| 21 | Defendants. | |

## STIPULATION

WHEREAS, the above-captioned action was removed to federal court by Defendants on or about April 4, 2022;

WHEREAS, Defendants filed a Motion to Dismiss Plaintiff Starr's Claims on April 11, 2022, which was set for hearing on June 16, 2022, at 1:30 P.M., before Magistrate Judge Westmore (ECF Dkt No. 8), with response due by April 25, 2022 and reply due by May 2, 2022;

WHEREAS, on April 15, 2022, the parties received the Clerk's Notice of Impending Reassignment to a U.S. District Court Judge, which had the effect of vacating all hearing dates before Magistrate Westmore, with instructions to moving parties to re-notice any hearings before the judge to whom this case is reassigned (ECF Dkt. No. 12);

WHEREAS, on April 18, 2022, this case was reassigned to the Honorable Haywood S. Gilliam, Jr. (ECF Dkt No. 13);

WHEREAS, to date, Defendants have not re-noticed for hearing Defendants' Motion to Dismiss Plaintiff Starr's Claims (ECF Dkt. No. 8) before this Court;

WHEREAS, Plaintiff contends he needs additional time to prepare the response to Defendants' Motion, which is presently due 14 days from the date of filing of Defendants' motions by local rule (by April 25, 2022);

WHEREAS, Defendants do not object to a 15 day extension of the current briefing schedule and re-setting of the hearing to accommodate the continued briefing schedule;

WHEREAS, Plaintiff contend good cause exists to a proposed extension of the current briefing schedule on Defendants' Motion to Dismiss Plaintiffs' Claims by at least 15 days to permit Plaintiff additional time to prepare the response to the motions filed by Defendants, particularly as this case is one of four potentially related cases recently removed to federal court by Defendants, and Plaintiff contends he will suffer undue prejudice from a denial of the requested extension of time to respond (*see* Declaration of Shehnaz M. Bhujwala filed concurrently herewith);

WHEREAS, this is the first-such request for an extension of time; and

WHEREAS, this stipulated request is made prior to Plaintiff's deadline for responses to

Defendants' Motions and the hearing date on the Court's calendar is more than 14 days away,

NOW, THEREFORE, THE PARTIES STIPULATE TO THE FOLLOWING PURSUANT TO LOCAL RULE 6-2:

1. Plaintiff's deadline to file a response to Defendants' Motion to Dismiss Claims shall be extended by approximately 15 days, to May 10, 2022;

2. Defendants' deadlines to file replies in support of Defendants' Motion to Dismiss Claims shall be extended by approximately 15 days, to May 24, 2022;

3. The hearing on Defendants' Motion to Dismiss Claims shall be re-noticed by Defendants for Thursday, June 23, 2022 at 2:00 P.M., or to such other date and time as is convenient for the Court.

IT IS SO STIPULATED.

DATED:  April 21, 2022            BOUCHER LLP

By: _____/s/ Shehnaz M. Bhujwala_____
SHEHNAZ M. BHUJWALA
*Attorneys for Plaintiffs (Local Counsel)*

DATED:  April 21, 2022            VENABLE LLP

By: _____/s/ Shannon E. Beamer_____
SHANNON E. BEAMER
NICOLE N. KING
*Attorneys for Defendants*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Counsel for Defendants shall re-notice their motion to dismiss claims for Thursday, October 27, 2022 (the Court's next available hearing date) at 2:00 P.M.

DATED: 4/21/2022            _____
HON. HAYWOOD S. GILLIAM, JR.