UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK STARR,

        Plaintiff,

    v.

MERCK & CO., INC., et al.,

        Defendants.

Case No.  22-cv-02138-JSW

**ORDER TO PLAINTIFF TO SHOW CAUSE**

Re: Dkt. No. 57

On June 7, 2024, Defendants filed a motion to exclude the opinions of Dr. Jeff Victoroff. On June 10, 2024, the Court issued an order continuing the hearing from July 12, 2024 to July 19, 2024 but ordered the briefing schedule to remain the same.  Under the Northern District Civil Local Rules, Plaintiff's opposition to the motion would have been due on June 21, 2024.  To date, Plaintiff has not opposed the motion.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Court should not grant the motion as unopposed.  Plaintiff's response to this Order to Show Cause shall be due by July 8, 2024.

**IT IS SO ORDERED**.

Dated: July 1, 2024

_____
JEFFREY S. WHITE
United States District Judge